Joseph Cantore, appellee, v. Ward Baking Company, appellant. Gen. No. 26,777.

Action for damages resulting from a collision of defendant's truck with plaintiff's store building. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Frank M. Reed, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Reversed with finding of facts. Opinion filed December 30, 1921.

Wilkerson, Cassels, Potter & Gilbert, for appellant; Ralph F. Potter and Kenneth B. Hawkins, of counsel. Guy C. Guerine, for appellee; Ode L. Rankin, of counsel.

Mr. Justice Morrill delivered the opinion of the court.